BLUE CROSS AND BLUE SHIELD OF NEW JERSEY, INC., et al., Plaintiffs-Respondents, v PHILIP MORRIS USA INCORPORATED et al., Defendants-Appellants, et al., Defendants.

Submitted February 2, 2004; decided February 19, 2004

Motion by Product Liability Advisory Council, Inc. for leave to appear amicus curiae on consideration of certified question herein granted to the extent that the proposed brief is accepted as filed. Twenty copies of the brief may be filed within 10 days.

In the Matter of BENJAMIN J. BRAMBLE, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent.

Submitted December 1, 2003; decided February 19, 2004

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

In the Matter of JOSEPH J. CERBONE.

Submitted January 20, 2004; decided February 19, 2004

Motion by Thomas J. Singleton, Esq. for leave to appear amicus curiae on the request for review herein denied.

In the Matter of CITINEIGHBORS COALITION OF HISTORIC CARNEGIE HILL et al., Appellants, v NEW YORK CITY LANDMARKS PRESERVATION COMMISSION et al., Respondents.

Submitted February 17, 2004; decided February 19, 2004

Motion by Preservation League of New York State et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of CITINEIGHBORS COALITION OF HISTORIC CARNEGIE HILL et al., Appellants, v NEW YORK CITY LANDMARKS PRESERVATION COMMISSION et al., Respondents.

Submitted February 17, 2004; decided February 19, 2004

Motion by Carnegie Hill Neighbors, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of CONGREGATION GATES OF PRAYER OF FAR ROCK-AWAY, INC., Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted December 29, 2003; decided February 19, 2004

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed that part of Supreme Court's order that denied appellant's motion for leave to renew, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

GENEVIT CREATIONS, INC., et al., Appellants, v GUEITS ADAMS & COMPANY et al., Respondents.

Submitted January 5, 2004; decided February 19, 2004

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Supreme Court's order granting respondents' motion to quash the subpoena duces tecum, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

JANI-CARE, INC., Appellant, v CORNING INCORPORATED, Respondent.

Submitted December 22, 2003; decided February 19, 2004

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed that portion of Supreme Court's order that denied appellant's motion to amend the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the mean-